UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ABDUL POLK | CIVIL ACTION NO. 16-14801 |
| VERSUS | DIVISION "H"<br>JUDGE MILAZZO |
| SHERIFF MARLIN N GUSMAN, ET AL | MAGISTRATE (2)<br>JUDGE WILKINSON, JR |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ANSWER AND DEFENSES

**NOW INTO COURT,** through undersigned counsel come defendants, Marlin N. Gusman, the Sheriff of Orleans Parish, Chaz Ruiz and Deputy Sanders, who answer petitioner's Complaint as follows:

### FIRST DEFENSE

The Complaint fails to state a claim against the defendants upon which relief can be granted.

### SECOND DEFENSE

The Court is without jurisdiction in this matter, inasmuch as there is no diversity of citizenship between the parties hereto.

### THIRD DEFENSE

The Court is without jurisdiction in this matter, inasmuch as the amount of controversy exclusive of interests and costs does not exceed the sum and value of $75,000.00.

### FOURTH DEFENSE

Defendants categorically paragraph by paragraph allege and aver as follows:

I.

Defendants deny the allegations contained in Paragraph 1 of the Complaint for lack of sufficient information upon which to justify a belief therein.

II.

Defendants deny the allegations contained in Paragraph 2 of the Complaint for lack of sufficient information upon which to justify a belief therein.

III.

Defendants deny the allegations contained in Paragraph 3 of the Complaint for lack of sufficient information upon which to justify a belief therein.

IV.

Defendants deny the allegations contained in Paragraph 4 of the Complaint for lack of sufficient information upon which to justify a belief therein.

V.

Defendants deny the allegations contained in Paragraph 5 of the Complaint for lack of sufficient information upon which to justify a belief therein.

VI.

Defendants deny the allegations contained in Paragraph 6 of the Complaint for lack of sufficient information upon which to justify a belief therein.

VII.

Defendants admit the allegations contained in Paragraph 7 of the Complaint as it pertains to their status but deny all others contained therein.

VIII.

Defendants admit the allegations contained in Paragraph 8 of the Complaint as it pertains

to their status but deny all others contained therein.

IX.

Defendants admit the allegations contained in Paragraph 9 of the Complaint as it pertains to their status but deny all others contained therein.

X.

Defendants deny the allegations contained in Paragraph 10 of the Complaint.

XI.

Defendants deny the allegations contained in Paragraph 11 of the Complaint for lack of sufficient information upon which to justify a belief therein.

XII.

Defendants deny the allegations contained in Paragraph 12 of the Complaint for lack of sufficient information upon which to justify a belief therein.

XIII.

Defendants deny the allegations contained in Paragraph 13 of the Complaint for lack of sufficient information upon which to justify a belief therein.

XIV.

Defendants deny the allegations contained in Paragraph 14 of the Complaint for lack of sufficient information upon which to justify a belief therein.

XV.

Defendants deny the allegations contained in Paragraph 15 of the Complaint for lack of sufficient information upon which to justify a belief therein.

XVI.

Defendants deny the allegations contained in Paragraph 16 of the Complaint.

XVII.

Defendants deny the allegations contained in Paragraph 17 of the Complaint.

XVIII.

Defendants deny the allegations contained in Paragraph 18 of the Complaint.

XIX.

Defendants deny the allegations contained in Paragraph 19 of the Complaint.

XX.

Defendants deny the allegations contained in Paragraph 20 of the Complaint.

XXI.

Defendants deny the allegations contained in Paragraph 21 of the Complaint.

XXII.

Defendants deny the allegations contained in Paragraph 22 of the Complaint.

XXIII.

Defendants deny the allegations contained in Paragraph 23 of the Complaint.

XXIV.

Defendants deny the allegations contained in Paragraph 24 of the Complaint.

XXV.

Defendants deny the allegations contained in Paragraph 25 of the Complaint.

XXVI.

Defendants deny the allegations contained in Paragraph 26 of the Complaint.

XXVII.

Defendants deny the allegations contained in Paragraph 27 of the Complaint.

XXVIII.

Defendants deny the allegations contained in Paragraph 28 of the Complaint.

XXIX.

Defendants deny the allegations contained in Paragraph 29 of the Complaint for lack of sufficient information upon which to justify a belief therein.

XXX.

Defendants deny the allegations contained in Paragraph 30 of the Complaint.

XXXI.

Defendants deny the allegations contained in Paragraph 31 of the Complaint.

XXXII.

Defendants deny the allegations contained in Paragraph 32 of the Complaint.

XXXIII.

Defendants deny the allegations contained in Paragraph 33 of the Complaint.

XXXIV.

Defendants deny the allegations contained in Paragraph 34 of the Complaint.

XXXV.

Defendants deny the allegations contained in Paragraph 35 of the Complaint.

XXXVI.

Defendants deny the allegations contained in Paragraph 36 of the Complaint.

XXXVII.

Defendants deny the allegations contained in Paragraph 37 of the Complaint.

XXXVIII.

Defendants deny the allegations contained in Paragraph 38 of the Complaint.

XXXIX.

Defendants deny the allegations contained in Paragraph 39 of the Complaint.

XL.

Defendants deny the allegations contained in Paragraph 40 of the Complaint.

XLI.

Defendants deny the allegations contained in Paragraph 41 of the Complaint.

XLII.

Defendants deny the allegations contained in Paragraph 42 of the Complaint.

XLIII.

Defendants admit the allegations contained in Paragraph 43 of the Complaint as it pertains to their status but deny all others contained therein.

XLIV.

Defendants admit the allegations contained in Paragraph 44 of the Complaint as it pertains to their status but deny all others contained therein.

XLV.

Defendants deny the allegations contained in Paragraph 45 of the Complaint.

XLVI.

Defendants deny the allegations contained in Paragraph 46 of the Complaint.

XLVII.

Defendants deny the allegations contained in Paragraph 47 of the Complaint.

XLVIII.

Defendants deny the allegations contained in Paragraph 48 of the Complaint.

XLIX.

Defendants deny the allegations contained in Paragraph 49 of the Complaint.

L.

Defendants admit the allegations contained in Paragraph 50 of the Complaint as it pertains to their status but deny all others contained therein.

LI.

Defendants admit the allegations contained in Paragraph 51 of the Complaint as it pertains to their status but deny all others contained therein.

LII.

Defendants deny the allegations contained in Paragraph 52 of the Complaint.

LIII.

Defendants deny the allegations contained in Paragraph 53 of the Complaint.

LIV.

Defendants deny the allegations contained in Paragraph 54 of the Complaint.

LV.

Defendants deny the allegations contained in Paragraph 55 of the Complaint.

LVI.

Defendants deny the allegations contained in Paragraph 56 of the Complaint.

LVII.

Defendants deny the allegations contained in Paragraph 57 of the Complaint.

LVIII.

Defendants deny the allegations contained in Paragraph 58 of the Complaint.

LIX.

Defendants deny the allegations contained in Paragraph 59 of the Complaint.

LX.

Defendants deny the allegations contained in Paragraph 60 of the Complaint.

LXI.

Defendants deny the allegations contained in Paragraph 61 of the Complaint.

LXII.

Defendants deny the allegations contained in Paragraph 62 of the Complaint.

LXIII.

Defendants deny the allegations contained in Paragraph 63 of the Complaint.

LXIV.

Defendants deny the allegations contained in Paragraph 64 of the Complaint.

LXV.

Defendants deny the allegations contained in Paragraph 65 of the Complaint.

**FIFTH DEFENSE**

The Court is without jurisdiction as to all claims asserted by the petitioner in this matter, inasmuch as the Complaint fails to state a proper claim of relief under the Constitution of the United States or any United States statute.

**SIXTH DEFENSE**

Defendants herein plead that any action taken by them was done in good faith and with probable cause, without malice and under laws believed to be constitutional.

**SEVENTH DEFENSE**

That the petitioner by virtue of his own actions and conduct was guilty of negligence

and/or contributory negligence and/or assumption of the risk, all of which will be more fully shown at the trial of this matter.

## EIGHTH DEFENSE

In the alternative, defendants aver that plaintiff's damages, if any, were caused or contributed to by other persons or parties over whom the defendants exercise no authority jurisdiction or control and for whose actions they are not legally responsible.

## NINTH DEFENSE

Defendants aver that at all times herein, their actions were reasonable, justified and legally permissible under the circumstances.

## TENTH DEFENSE

Defendants specifically plead that they are entitled to and protected by the qualified immunity afforded to public officials for acts committed during the course of their official duties.

## ELEVENTH DEFENSE

As a political subdivision of the State of Louisiana, defendants are entitled to and hereby pleads the statutory limitation of liability, costs and interest contained in LSA-R.S. 13:5106 and LSA-R.S. 13:5112, as well as any other statutory or jurisprudential limitation of liability, costs, and interest available to defendant under the law.

## TWELFTH DEFENSE

Despite having adequate and reasonable opportunity to do so, petitioner failed to mitigate his damages so that any recovery sought herein should be reduced or be precluded entirely.

## THIRTEENTH DEFENSE

Defendants herein plead that to the extent that any acts or omissions of the defendants were a cause of the plaintiff's injuries, which is denied, all such acts or omissions constitute

policy making or discretionary acts for which defendant is immune from liability under La. R.S. 9:2798.1.

### FOURTEENTH DEFENSE

The claims are barred by the applicable statute of limitations or prescriptive period.

### FIFTEENTH DEFENSE

Petitioner has failed to exhaust available grievance procedures as required by 42 U.S.C. §1997e(a), and his Complaint should be dismissed in its entirety.

**WHEREFORE,** defendants pray that this answer be deemed good and sufficient and after due proceedings, there be judgment herein, dismissing petitioner's Complaint with prejudice, at his costs and for all other general and equitable relief.

Respectfully submitted,

USRY, WEEKS & MATTHEWS

By: s/Freeman R. Matthews
FREEMAN R. MATTHEWS, (LSBN 9050)
TIMOTHY R. RICHARDSON, (LSBN 27625)
BLAKE J. ARCURI, (LSBN 32322)
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Tel: (504) 592-4600 Fax: (504) 592-4641
Attorneys for Defendants

### CERTIFICATE OF SERVICE

I do hereby certify that on this 12th day of October, 2016, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage prepaid.

By: s/Freeman R. Matthews
FREEMAN R. MATTHEWS