UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABDUL POLK** | **CIVIL ACTION NO.: 16-14801** |
| **VERSUS** | **SECTION: "H"** |
| **MARLIN N. GUSMAN**<br>    **SHERIFF OF ORLEANS PARISH** | **JUDGE: MILAZZO** |
| **CHAZ RUIZ**<br>    **WARDEN, ORLEANS JUSTICE CENTER**<br>    **AT ORLEANS PARISH PRISON** | **MAGISTRATE: WILKINSON** |
| **DEPUTY SANDERS**<br>    **OFFICER, ORLEANS JUSTICE CENTER**<br>    **AT ORLEANS PARISH PRISON** | |

## MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

**NOW INTO COURT**, through undersigned counsel comes Plaintiff, ABDUL POLK, who applies to this Honorable Court for an order compelling Defendant, MARLIN N. GUSMAN to produce materials responsive to Plaintiff's Interrogatories and Requests for Production of Documents, and for costs incurred in filing this Motion.

In support of this Motion Plaintiff submits the attached memorandum in support.

WHEREFORE, Plaintiff requests that the Court order Defendant, MARLIN N. GUSMAN to produce materials responsive to Plaintiff's Interrogatories and Requests for Production of Documents within five (5) calendar days of the entry of the Order on this Motion, and to award the costs incurred by Plaintiff in bringing this Motion, including attorneys fees.

## **CERTIFICATION**

Pursuant to Fed. R. Civ. P. 37(a)(1), counsel for Plaintiff met and conferred with Defendant's counsel in a good-faith effort to resolve the discovery matters that are the subject of this motion.

Dated: March 17, 2017                              Respectfully Submitted,


                                                __/s/Samuel L. Fuller_____
JOHN J. FINCKBEINER, JR. #18211
SAMUEL L. FULLER #35134
2203 Packenham Dr.
Chalmette, LA 70043
Tel: (504)279-5177
Fax: (504)279-5375
john@jfjustice.com
sfuller@jfjustice.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of March, 2017, I caused a copy of the foregoing Motion to Compel Answers to Interrogatories and Requests for Production of Documents to be sent via e-mail to the following persons:

FREEMAN R. MATTHEWS #9050
TIMOTHY R. RICHARDSON #27625
1615 Poydras St., Ste. 1250
New Orleans, LA 70112
Tel: (504)592-4600
Fax: (504)592-4641
pmatthews@uwmlaw.com
*Attorneys for Defendants*

    /s/Samuel L. Fuller_____
JOHN J. FINCKBEINER, JR. #18211
SAMUEL L. FULLER #35134
2203 Packenham Dr.
Chalmette, LA 70043
Tel: (504)279-5177
Fax: (504)279-5375
john@jfjustice.com
sfuller@jfjustice.com
*Attorneys for Plaintiff*