UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABDUL POLK** | **CIVIL ACTION NO.: 16-14801** |
| **VERSUS** | **SECTION: "H"** |
| **MARLIN N. GUSMAN**<br>    **SHERIFF OF ORLEANS PARISH** | **JUDGE: MILAZZO** |
| **CHAZ RUIZ**<br>    **WARDEN, ORLEANS JUSTICE CENTER**<br>    **AT ORLEANS PARISH PRISON** | **MAGISTRATE: WILKINSON** |
| **DEPUTY SANDERS**<br>    **OFFICER, ORLEANS JUSTICE CENTER**<br>    **AT ORLEANS PARISH PRISON** | |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 37, Plaintiff, ABDUL POLK, through undersigned counsel, respectfully submits this memorandum in support of their motion to compel answers to discovery requests. Defendant was to have produced materials responsive to Plaintiff's Document Requests on February 10, 2017, and responses to Plaintiff's Interrogatories on March 4, 2017. Defendants' failure to tender the requested materials and responses is without substantial justification.

On January 11, 2017, Plaintiff served written Requests for Production of Documents (attached hereto as Exhibit "A") on Defendants under Federal Rules of Civil Procedure 26 and 34 and on February 2, 2017, Plaintiff served written Interrogatories (attached hereto as Exhibit "B")  on Defendants under Federal Rules of Civil Procedure 26 and 33.

More than thirty (30) days have elapsed from the service of said discovery, but neither objections nor answers have been filed in response to them.

In an effort to resolve this issue without the need for this Court's involvement, counsel for Plaintiff wrote to counsel for Defendants on March 6, 2017, to remind counsel of the outstanding discovery and to request information about when Plaintiff could expect to receive the responses. On March 7, 2017, the parties held a teleconference regarding discovery matters, wherein counsel for Defendants stated that he expected to receive materials responsive to Plaintiff's Requests for Production of Documents on March 10, 2017. However, as of this filing, responses from Defendant have not been received.

Defendants' failure to tender the requested information within the delays allowed by law, and after Plaintiff's efforts to allow additional time has forced Plaintiff to seek the Court's intervention pursuant to Fed. R. Civ. P. 37(a)(1). Additionally, given the short period of time available for discovery in this case, and the indispensable nature of the requested discovery responses for the purposes of future depositions, Plaintiff respectfully requests that Defendant produce the materials and answers responsive to Plaintiff's discovery requests within five (5) calendar days after entry of an Order by the Court.

Plaintiff also seeks an order that Defendants pay all costs, including attorneys fees, associated with this motion. Plaintiffs have made reasonable, continued efforts to resolve this issue without Court intervention, but have no choice but to bring this Motion before the Court.

## **CONCLUSION**

For the reasons set forth above, Plaintiff respectfully requests that the Court order that the Defendants produce all non-privileged, materials responsive to Plaintiff's First Set of Requests for Production of Documents Directed to Marlin N. Gusman, and First Set of Interrogatories

Directed to Marlin N. Gusman within five (5) calendar days after the entry of the Order on this Motion, and award costs, including attorneys fees, incurred in bringing this Motion before the Court.

Dated: March 17, 2017     Respectfully Submitted,

  /s/Samuel L. Fuller
JOHN J. FINCKBEINER, JR. #18211
SAMUEL L. FULLER #35134
2203 Packenham Dr.
Chalmette, LA 70043
Tel: (504)279-5177
Fax: (504)279-5375
john@jfjustice.com
sfuller@jfjustice.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2017, I caused a copy of the foregoing Motion to Compel Answers to Interrogatories and Requests for Production of Documents to be sent via e-mail to the following persons:

FREEMAN R. MATTHEWS #9050
TIMOTHY R. RICHARDSON #27625
1615 Poydras St., Ste. 1250
New Orleans, LA 70112
Tel: (504)592-4600
Fax: (504)592-4641
pmatthews@uwmlaw.com
*Attorneys for Defendants*

      /s/Samuel L. Fuller_____
JOHN J. FINCKBEINER, JR. #18211
SAMUEL L. FULLER #35134
2203 Packenham Dr.
Chalmette, LA 70043
Tel: (504)279-5177
Fax: (504)279-5375
john@jfjustice.com
sfuller@jfjustice.com
*Attorneys for Plaintiff*