# EXHIBIT "A"

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABDUL POLK** | **CIVIL ACTION NO.: 16-14801** |
| **VERSUS** | **SECTION: "H"** |
| **MARLIN N. GUSMAN**<br>     **SHERIFF OF ORLEANS PARISH** | **JUDGE: MILAZZO** |
| **CHAZ RUIZ**<br>     **WARDEN, ORLEANS JUSTICE CENTER**<br>     **AT ORLEANS PARISH PRISON** | **MAGISTRATE: WILKINSON** |
| **DEPUTY SANDERS**<br>     **OFFICER, ORLEANS JUSTICE CENTER**<br>     **AT ORLEANS PARISH PRISON** | |

**PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS
DIRECTED TO DEFENDANT MARLIN N. GUSMAN**

**PRELIMINARY STATEMENT**

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiff Abdul Polk ("Plaintiff"), propounds the following requests for production of documents and things (the "Requests") upon Defendant Marlin N. Gusman ("Defendant"). Defendant shall respond to each Request in accordance with Rule 34 of the Federal Rules of Civil Procedure, and shall produce responsive documents and things within thirty (30) days after service hereof to Samuel L. Fuller and John J. Finckbeiner, Jr. at the Law Offices of John J. Finckbeiner, Jr.  2203 Pakenham Drive, Chalmette, Louisiana 70043.

**DEFINITIONS**

In construing and responding to the Requests, Defendant shall use the following definitions:

1. "PLAINTIFF" for purposes of these Requests only, means Plaintiff Abdul Polk as well as any person acting or purporting to act on PLAINTFF's behalf, INCLUDING any and all agents, attorneys, accountants, consultants, representatives, experts, or investigators.

2. "COMMUNICATION" or "COMMUNICATIONS" means any transmission of information transmitted, and any process by which information is transmitted, whether written, oral, or electronic.

3. "DOCUMENT" shall be construed in its broadest possible sense, to encompass all books, documents, data compilations, lists, databases, tangible things, or other evidentiary material, whether generated or stored in hard-copy, electronic media, or other format, which is discoverable under the Federal Rules of Civil Procedure. The term "DOCUMENT" includes, without limitation, the original and all file copies and other copies that are not identical to the original no matter how or by whom prepared, and all drafts prepared in connection with any DOCUMENTS, whether used or not. If the original of any DOCUMENT is not in YOUR possession, custody, or control, a copy of that DOCUMENT should be produced.

4. "INCLUDING" means "including, but not limited to."

5. "PERSON" means natural person, firm, proprietorship, association, partnership, corporation, and every other type of organization or entity.

6. "MARLIN N. GUSMAN" or "YOU" OR "YOUR" means Defendant Marlin N. Gusman, as well as any person acting or purporting to act on YOUR behalf, INCLUDING any and all employees, agents, attorneys, accountants, consultants, representatives, experts, or investigators.

7. "RELATING TO" (or any form thereof) means "constituting, reflecting, representing, supporting, contradicting, referring to, stating, describing, recording, noting, embodying, containing, mentioning, studying, analyzing, discussing, evaluating, comprising, or relevant to". As indicated, the term necessarily includes information which is in opposition to as well as in support of YOUR position and claims in this action.

8. "COMPLAINT" means the Complaint filed by PLAINTIFF with the Court on September 19, 2016 in this action, Case No. 2:16-cv-14801.

9. The words "OR" and "AND" shall be read in the conjunctive and in the disjunctive wherever they appear, and neither of these words shall be interpreted to limit the scope of these Requests, without regard to whether they are capitalized.

10. The use of a verb in any tense shall be construed as the use of the verb in all other tenses.

11. "OPSO" means the Orleans Parish Sheriff's Office, and its directors, managers, members, officers, current and former employees, counsel, agents, consultants, representatives, and any other persons acting on behalf of any of the foregoing, as well as its affiliates, parents, divisions, assigns, predecessors and successors in interest, as well as any other legal entities that are controlled by OPSO.

12. "LGBT" means lesbian, gay, bisexual, or transgender.

13. "OJC" means the Orleans Justice Center, a correctional unit within the control of the OPSO, located in New Orleans, Louisiana.

14.     "OPP" means Orleans Parish Prison, the collective facilities located in Orleans Parish run by OPSO that are housing, or have ever housed inmates/detainees under the custody and control of OPSO.

## INSTRUCTIONS

1.      These Requests shall be deemed continuing so as to require YOU to supplement YOUR initial responses as required by the Federal Rules of Civil Procedure.

2.      Each Request to produce a DOCUMENT shall be deemed to call for the production of the original DOCUMENT to the extent that it is in or subject to, directly or indirectly, YOUR control. Each Request shall also be deemed to call for the separate production of all copies of a DOCUMENT which are not identical to the original or other produced copy of the DOCUMENT (whether due to handwritten notations, or revisions, or otherwise). Each Request shall also be deemed to call for the separate production of all preliminary drafts or interim editions of DOUCMENTS that differ in any respect from the original or final draft or from each other.

3.      ALL DOCUMENTS produced in response to these Requests shall be produced in their entirety, notwithstanding the fact that portions thereof may contain information not requested.

4.      If any DOCUMENTS requested herein have been lost or destroyed, the DOCUMENTS so lost or destroyed shall be IDENTIFIED by author, date, and, with as much specificity as possible, a description of the subject matter of the lost or destroyed DOCUMENT.

5.      Each Request to produce a DOCUMENT or DOCUMENTS, or to provide knowledge or information, extends to DOUMENTS, knowledge, or information in possession of YOUR agents, representatives, predecessors in interest, successors in interest, subsidiaries, parents, experts, attorneys, and PERSONS consulted concerning any matters RELATING TO any of the facts or issues involved in this case.

6.      If YOU allege that a COMMUNICATION or DOCUMENT is protected from disclosure by the attorney-client privilege, the work-product doctrine, or through any other privilege or immunity from discovery or disclosure, then YOU shall produce a privilege log

complying with the requirements of Rule 26(b)(5) of the Federal Rules of Civil Procedure and the parties' agreement regarding the timing of production of such production of such privilege logs as reflected in the parties' Joint Rule 26(f) Report.

7.      Unless otherwise stated, the relevant time period for purposes of these Requests is June 6, 2013 to the present. With respect to Requests for DOCUMENTS reflecting any and all such policies, INCLUDING modifications, that were in place at any time between June 6, 2013 to the present.

**REQUEST FOR PRODUCTION NO. 1:**

All COMMUNICATIONS from PLAINTIFF to YOU.

**REQUEST FOR PRODUCTION NO. 2:**

All COMMUNICATIONS from YOU to PLAINTIFF.

**REQUEST FOR PRODUCTION NO. 3:**

All DOCUMENTS that evidence all of YOUR COMMUNICATIONS with any PERSON regarding PLAINTIFF.

**REQUEST FOR PRODUCTION NO. 4:**

All DOCUMENTS RELATING TO PLAINTIFF, INCLUDING officer statements, shift logs, incident reports, investigative reports, audio recordings, photographs, and video/digital video.

**REQUEST FOR PRODUCTION NO. 5:**

All DOCUMENTS evidencing the policy pursuant to which PLAINTIFF was transferred to the OJC.

**REQUEST FOR PRODUCTION NO. 6:**

All DOCUMENTS that refer or relate to complaints by people incarcerated in OPP who are and/or identify themselves as LGBT regarding threats to their safety and requests to be kept apart from the general population.

**REQUEST FOR PRODUCTION NO. 7:**

All DOCUMENTS that evidence guidelines, policies, and/or rules regarding the housing of people incarcerated in OPP who are and/or identify themselves as LGBT.

**REQUEST FOR PRODUCTION NO. 8:**

All DOCUMENTS that refer or relate to training that YOU received related to LGBT people who are housed in OPP facilities.

**REQUEST FOR PRODUCTION NO. 9:**

All DOCUMENTS that refer or relate to training that YOU provided for YOUR staff related to LGBT people who are housed in OPP facilities.

**REQUEST FOR PRODUCTION NO. 10:**

All DOCUMENTS that relate to OPSO's policy regarding the classification of people who are pre-trial detainees.

**REQUEST FOR PRODUCTION NO. 11:**

All DOCUMENTS, including training materials, that refer or relate to the safety of people incarcerated in OPP from sexual and physical abuse.

**REQUEST FOR PRODUCTION NO. 12:**

All DOCUMENTS that relate to OPSO's policy regarding the classification of people who are incarcerated.

**REQUEST FOR PRODUCTION NO. 13:**

All DOCUMENTS that relate to OPSO's policy regarding the housing of people who are incarcerated.

**REQUEST FOR PRODUCTION NO. 14:**

All DOCUMENTS that refer or relate to complaints from OPSO staff concerning training or the inadequacy of training.

**REQUEST FOR PRODUCTION NO. 15:**

All DOCUMENTS that refer or relate to actions YOU have taken to discipline or reprimand staff who do not comply with OPSO's written policies.

**REQUEST FOR PRODUCTION NO. 16:**

All DOCUMENTS that refer or relate to identifying people incarcerated in OPP who are LGBT or identify themselves as LGBT.

**REQUEST FOR PRODUCTION NO. 17:**

All DOCUMENTS that relate to OPSO's policy regarding the classification of people who are convicted felons.

**REQUEST FOR PRODUCTION NO. 18:**

All DOCUMENTS that relate to OPSO's policy regarding the housing of people who are convicted felons.

DATED: January 11, 2017

Respectfully Submitted:

___/s/Samuel Fuller_____
**JOHN J. FINCKBEINER, JR. (# 18211)**
**SAMUEL L. FULLER (#35134)**
2203 Pakenham Drive
Chalmette, La 70043
Office: (504)279-5177
Fax: (504)279-5375
john@jfjustice.com
sfuller@jfjustice.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of January, 2017, I submitted to foregoing to opposing counsel via email.

/s/Samuel Fuller