UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ABDUL POLK | CIVIL ACTION NO. 16-14801 |
| | |
| | DIVIAION "H" |
| VERSUS | JUDGE MILAZZO |
| | |
| | MAGISTRATE (2) |
| SHERIFF MARLIN N GUSMAN, ET AL | JUDGE WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*

## MEMORANDUM IN RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

**NOW INTO COURT,** through undersigned counsel come defendants, Marlin N. Gusman, the Sheriff of Orleans Parish, Chaz Ruiz and Deputy Sanders, who herein respond to the plaintiff's Motion to Compel (rec. doc. 15) as follows:

I.

Defendants do not deny the factual assertions made by the plaintiff in the Motion to Compel. Discovery was propounded upon the defendants and the deadlines to answer same have passed.

II.

Defendants submit that they are making every effort to answer the discovery requests, but the responses have been delayed due to difficulties obtaining the responsive documents as well as personnel changes.

III.

Defendants further submit that they are still attempting to gather the responsive materials and are cautiously optimistic that they will be able to provide to the plaintiff the majority, if not the entirety, of the requested materials within the next seven (7) days.

IV.

Defendants apologize to both the Court and the plaintiff for these inconveniences, and respectfully aver that these delays are not purposefully made with any dilatory intent. It is simply taking time to respond to these requests due to the difficulties noted above.

Respectfully submitted,
**Usry, Weeks & Matthews, APLC**

By: */s/Freeman R. Matthews*
FREEMAN R. MATTHEWS (LSBN 9050)
TIMOTHY R. RICHARDSON (LSBN 27625)
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Phone: (504) 592-4600
Fax: (504) 592-4641
***Attorneys for the Defendants***

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 27th day of March, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage prepaid.

By: */s/Freeman R. Matthews*
FREEMAN R. MATTHEWS (LSBN 9050)