## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABDUL POLK** | **CIVIL ACTION NO.: 16-14801** |
| **VERSUS** | **SECTION: "H"** |
| **MARLIN N. GUSMAN**<br>**SHERIFF OF ORLEANS PARISH** | **JUDGE: MILAZZO** |
| **CHAZ RUIZ**<br>**WARDEN, ORLEANS JUSTICE CENTER**<br>**AT ORLEANS PARISH PRISON** | **MAGISTRATE: WILKINSON** |
| **DEPUTY SANDERS**<br>**OFFICER, ORLEANS JUSTICE CENTER**<br>**AT ORLEANS PARISH PRISON** | |

### PLAINTIFF'S WITNESS AND EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel comes Plaintiff, Abdul Polk, who submits the following Witness and Exhibit List relative to the above captioned matter:

Plaintiff may or will call the following **WITNESSES** to testify at the trial of this matter:

1. Abdul Polk – Plaintiff;

2. Marlin N. Gusman – Defendant;

3. Chaz Ruiz – Defendant;

4. Deputy Sanders and/or Deputy August Zanders  – Defendant;

5. McArthur Mackey, Jr. – inmate in Orleans Parish Prison at the time of the incident subject to this litigation who raped plaintiff;

6. Mikel Jarvis – person involved in the classification of plaintiff pursuant OPP's "Objective Classification System";

7. Kianna Simmon – person involved in the classification of plaintiff pursuant OPP's "Objective Classification System";

8. Eboni N. Lee – person involved in the classification of plaintiff pursuant OPP's "Objective Classification System";

9. Tiffany M. Samuels – person involved in the classification of plaintiff pursuant OPP's "Objective Classification System";

10. Devin E. Cruse – person involved in the classification of plaintiff pursuant OPP's "Objective Classification System";

11. Sgt. Hazel Bower – PREA coordinator for OPP;

12. Captain Kevaugn Sandy – person responsible for the classification of inmates during the transfer of inmates from the Tents to OJC on September 14, 2015 and preparer of the PREA Assessment Handbook;

13. Agent Sharhonda Hadley - person involved in the investigation of the sexual assault that is the subject of the complaint;

14. Patricia L. Hardyman, Ph.D. – submitted report summarizing the design and validation of an objective classification system for the Orleans Parish Sheriff's Office to use in the Orleans Parish Prison and PREA Assessment Handbook;

15. Roy Cain – inmate in Orleans Parish Prison at the time of the incident subject to this litigation who reported hearing plaintiff yell for help;

16. Selner Pickens – inmate in Orleans Parish Prison at the time of the incident subject to this litigation who reported hearing plaintiff yell for help;

17. Cora Jean Holland, R.N. – nurse assigned to plaintiff during ER visit on September 21, 2015;

18. Matthew Carlisle, M.D. – doctor assigned to plaintiff during ER visit on September 21, 2015;

19. Representative of University Medical Center – medical expert;

20. Tim Gravette – expert on inmate standard of care, conditions of confinement, prison culture, the Prison Rape Elimination Act, Bureau of Prison Policy, prison staffing and policy, inmate behavior and comparative disciplinary records;

21. Any individuals on Defendants' initial disclosures and preliminary or final witness lists, including and supplements or amendments thereto;

22. Any individuals identified by Defendants in its Answers to Plaintiff's discovery requests;

23. Any experts defendants may retain and designate to testify by the deadline set in the parties' Scheduling Order;

24. Any and all individuals revealed in discovery and/or depositions not yet conducted or completed or necessary to respond to witnesses, documents, facts, and/or opinions not yet disclosed to plaintiff;

25. Any and all other medical experts not yet retained and/or retained to perform a medical exam on behalf of defendants and/or review diagnostic films on behalf of defendant;

26. Any and all witnesses utilized by any other party in this matter.

Plaintiff may or will use the following **<u>EXHIBITS</u>** at the trial of this matter:

1) Any incident/accident reports or investigative reports - Information relative to how the incident occurred;

2) Any and all insurance policies;

3) Any and all photographs of the area in which the accident occurred, if any - Information relative to how the incident occurred;

4) Any and all photographs, diagrams, video, and or drawings, if any - Information relative to how the incident occurred;

5) Any and all statements written and/or recorded, if any - Information relative to how the incident occurred;

6) Any and all depositions - Information relative to how the incident occurred;

7) Any and all documents relating to the criminal history of McArthur Mackey, Jr.;

8) Any and all expert reports – Establishment of Standard of Care and/or Nature of injuries/damages;

9) Any and all documents produced in Defendants' answers and responses to all discovery requests – including but not limited to information relative to how the incident occurred, standards and procedures for Orleans Parish Prison, nature of injuries/damages, Orleans Parish Prison employee training;

10) Any and all documents relating to the classification and/or categorization of plaintiff as an inmate of Orleans Parish Prison;

11) Any and all federal consent decrees applicable to the Orleans Parish Sheriff's Office and/or Orleans Parish Prison;

12) Any and all surveillance footage of plaintiff, if any - Information relative to how the incident occurred;

13) Any and all medical records/medical documentation, films, etc. – Nature of

injuries/damages;

14) Any and all prescription records and/or billing statements relative to plaintiff's injuries and treatment – Nature of injuries/damages;

15) Any and all other medical statements and/or bills – Nature of injuries/damages;

16) Any and all medical reports prepared by defense medical examiners in connection with the alleged injuries of the plaintiff, if any – Nature of injuries/damages;

17) Any and all documents/evidence introduced and/or utilized by any other party to this litigation at the trial of this matter.

As discovery in this matter is continuing and on-going, plaintiff reserves the right to amend and/or supplement this list of witnesses and exhibits without prejudice as new information becomes available prior to the Trial of this matter.

Respectfully Submitted:

    /s/Samuel L. Fuller
JOHN J. FINCKBEINER, JR. #18211
SAMUEL L. FULLER #35134
2203 Packenham Dr.
Chalmette, LA 70043
Tel: (504)279-5177
Fax: (504)279-5375
john@jfjustice.com
sfuller@jfjustice.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of May, 2017, I caused a copy of the foregoing

Unopposed Motion to Continue Trial and All Deadlines and to Set Status Conference to be sent

via e-mail to the following persons:

FREEMAN R. MATTHEWS #9050
TIMOTHY R. RICHARDSON #27625
1615 Poydras St., Ste. 1250
New Orleans, LA 70112
Tel: (504)592-4600
Fax: (504)592-4641
pmatthews@uwmlaw.com
*Attorneys for Defendants*

                                                  ___/s/Samuel L. Fuller_____
                                                  JOHN J. FINCKBEINER, JR. #18211
                                                  SAMUEL L. FULLER #35134
                                                  2203 Packenham Dr.
                                                  Chalmette, LA 70043
                                                  Tel: (504)279-5177
                                                  Fax: (504)279-5375
                                                  john@jfjustice.com
                                                  sfuller@jfjustice.com
                                                  *Attorneys for Plaintiff*