MINUTE ENTRY
MILAZZO, J.
May 11, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ABDUL POLK                                               CIVIL ACTION

VERSUS                                                   NO: 16-14801

MARLIN GUSMAN                                            SECTION "H"

## MINUTE ENTRY

On May 11, 2017, the Court held a preliminary status conference. John Finckbeiner and Samuel Fuller participated on behalf of Plaintiff; Freeman Matthews participated on behalf of Defendant.

**IT IS ORDERED** that the scheduling order is **VACATED**.

**IT IS FURTHER ORDERED** that a telephone status conference is **SET** for June 8, 2017 at 9:00a.m. Counsel for Plaintiff shall initiate the call and consolidate all parties onto one line before contracting chambers at 504-589-7585.



(JS-10:20)